IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JACOB SPRINGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CIVIL ACTION NO. 3:07-CV-1077-TFM** |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF SOCIAL SECURITY ) | |
| ) | |
| Defendant. ) | |

## ORDER ON MOTION

Upon consideration of Defendant's unopposed *Motion for Extension of Time to File Brief* (Doc. #11, filed May 22, 2008), it is hereby **ORDERED** that the motion is **GRANTED**, and Defendant may file his brief **on or before June 23, 2008**.

Done this 23rd day of May, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE