IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

JACOB SPRINGER,                    )
                                   )
    Plaintiff,                     )
                                   )        CIVIL ACTION NO.
    v.                             )         3:07cv1077-MHT
                                   )             (WO)
MICHAEL J. ASTRUE,                 )
Commissioner of Social             )
Security,                          )
                                   )
    Defendant.                     )

OPINION

This Social Security case is now before the court on the recommendation of the magistrate judge that the decision of the Commissioner of Social Security denying Title II benefits should be reversed and this case remanded.  No objections have been filed to the recommendation.  After an independent and de novo review of the record, the court agrees with the recommendation.

An appropriate judgment will be entered.

DONE, this the 17th day of November, 2008.

                  /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE