IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
JACOB SPRINGER,                  )
                                 )
     Plaintiff,                  )
                                 )      CIVIL ACTION NO.
     v.                          )        3:07cv1077-MHT
                                 )             (WO)
MICHAEL J. ASTRUE,               )
Commissioner of Social           )
Security,                        )
                                 )
     Defendant.                  )
```

JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The recommendation of the United States Magistrate Judge (Doc. No. 19) is adopted.

(2) The decision of the Commissioner of Social Security is reversed.

(3) This case is remanded to the Commissioner of Social Security for further proceedings consistent with the opinion of the court.

It is further ORDERED that costs are taxed against defendant Michael J. Astrue, Commissioner of Social Security, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 17th day of November, 2008.


                          /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE