IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JACOB SPRINGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.   ) | CIVIL ACTION NO. |
| ) | 3:07cv1077-MHT |
| MICHAEL J. ASTRUE, ) | (WO) |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM OPINION**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on November 10, 2009, that plaintiff's motion for approval of attorney's fees under 42 U.S.C. § 406(b) be granted. After a review of the recommendation, to which neither party objected, and, after an independent and de novo review of the entire record, the court believes that the recommendation should be adopted. An appropriate judgment will be entered.

DONE, this the 18th day of December, 2009.

　　　　　　　　　　　　　　　　 /s/   Myron H. Thompson
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE