IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JACOB SPRINGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 3:07cv1077-MHT |
| MICHAEL J. ASTRUE, ) | (WO) |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is ORDERED and ADJUDGED that the recommendation of the United States Magistrate Judge (Doc. 38) is adopted; plaintiff's motion for approval of attorney's fees (Doc. 34) is granted; fees are awarded to plaintiff's counsel in the amount of $ 11,839.50; and plaintiff's counsel is to refund to plaintiff $ 2,781.25 in attorney's fees previously received under the Equal Access to Justice Act.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 18th day of December, 2009.

　　　　　　　　　　　　　 /s/   Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE